

FILED

JUN – 2 2026

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:26-CR- 58 |
| v. | Count 1: Possession of a Firearm by a Felon (18 U.S.C. § 922(g)(1)) |
| TERRENCE TYTHOMAS WHITMIRE, | |
| *Defendant.* | **FORFEITURE NOTICE** |

## INDICTMENT

**June 2026 Term – at Richmond**

THE GRAND JURY CHARGES THAT:

### Count One
*(Possession of a Firearm by a Felon)*

On or about April 10, 2026, in the City of Richmond, Virginia, within the Eastern District of Virginia, the defendant, TERRENCE TYTHOMAS WHITMIRE, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Sarsilmaz, model SAR9, 9mm caliber handgun bearing serial no. T1102-21BV40705; said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE NOTICE

The defendant is hereby notified that upon conviction of the offense charged in Count One of this Indictment, he shall forfeit any firearms or ammunition involved in or used in knowing violation of the offense charged. Property subject to forfeiture includes, but is not limited to: one Sarslimaz, model SAR9, 9mm caliber handgun, bearing serial number T1102-21BV40705; and all accompanying magazines and ammunition.

(In accordance with Title 18, United States Code, Section 924(d), as incorporated by Title 28, United States Code, Section 2461 (c) and Title 21, United States Code, Section 853).

A TRUE BILL

_____

FOREPERSON

Todd W. Blanche
Acting Attorney General

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

By: _____
Patrick W. Dorgan
Special Assistant United States Attorney

2